Obi I. Iloputaife (CBN 192271)
obi@cotmanip.com
Jayson S. Sohi (CBN 293176)
jayson@cotmanip.com
COTMAN IP LAW GROUP, PLC
35 Hugus Alley, Suite 210
Pasadena, CA 91103
(626) 405-1413/FAX: (626) 316-7577
*Attorneys for Plaintiff*
*Hailo Technologies, LLC d/b/a Bring*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Hailo Technologies, LLC, d/b/a Bring, a California Limited Liability Company,<br><br>Plaintiff,<br><br>v.<br><br>Uber Technologies, Inc., a Delaware Corporation,<br><br>Defendant. | Case No. 2:17-cv-03028-JAK-AGR<br><br>**NOTICE OF DISMISSAL WITHOUT PREJUDICE PER Fed. R. Civ. P. 41(a)(1)(A)(i)** |

1  **NOTICE OF DISMISSAL under Fed. R. Civ. P. 41(a)(1)(A)(i)**

2  Plaintiff Hailo Technologies, LLC, by and through its undersigned counsel,
3  hereby files this notice of dismissal pursuant to the Federal Rules of Civil Procedure,
4  Rule 41(a)(1)(A)(i).

6  Dated: August 25, 2017                    Respectfully submitted,

7                                            COTMAN IP LAW GROUP, PLC

                                             */s/Obi Iloputaife*
                                             _____
                                             Obi Iloputaife
                                             Jayson S. Sohi
                                             *Counsel for Plaintiff*
                                             *Hailo Technologies, LLC d/b/a Bring*™